IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
JAN 2 2 2015
WESTERN DISTRICT COURT
OF TEXAS
BY_____ DEPUTY CLERK

| WESTON GRAHAM, Individually and on Behalf of all Others Similarly Situated | § § § § | |
|---|---|---|
| V. | § | NO. MO-15-CV-007 |
| M3P DIRECTIONAL SERVICES, LTD. | § § § | |

## ORDER TO TRANSFER

The above-named and numbered case is transferred from the docket of U.S. District Judge Robert Junell to the docket of Senior U.S. District Judge Harry Lee Hudspeth, both judges having consented to the transfer.

It is therefore ORDERED the above-named and numbered case is hereby TRANSFERRED to the docket of Senior U.S. District Judge Harry Lee Hudspeth. Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by Judge Hudspeth.

IT IS SO ORDERED.

SIGNED this 22 day of January, 2015.

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE